**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| LORETTA CLARK | : | CASE NO.  6:22-cv-04016 |
| | | |
| VERSUS | : | JUDGE JAMES D. CAIN, JR. |
| | | |
| OCCIDENTAL FIRE & CASUALTY CO. OF NORTH CAROLINA | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein [doc. 24], after an independent review of the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under applicable law; it is

**ORDERED, ADJUDGED, AND DECREED** that the Report and Recommendation [doc. 24] be **ADOPTED**.  Accordingly, the Motion to Dismiss [doc. 16] is **GRANTED**, and all claims in this matter are **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers this 5th day of December, 2023.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE